**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Coves Darden, LLC, Petitioner,

v.

Francisco Jose Garcia Ibañez, Dori Derr, and Half Moon Stables, LLC, Respondents.

Appellate Case No. 2016-002542

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Aiken County
Doyet A. Early III, Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-015
Heard February 20, 2019 – Filed March 20, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

M. Baron Stanton, of Stanton Law Offices, P.A., of Columbia, for Petitioner.

Thomas Roy Young Jr., of the Law Offices of Tom Young Jr., PC, of Aiken, for Respondents.

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Coves Darden, LLC v. Ibañez*, Op. No. 2016-UP-402 (S.C. Ct. App. filed Aug. 17, 2016).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, JAMES, JJ., and Acting Justice D. Garrison Hill, concur.**